**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-33668 |
| | § | |
| NOLA INVESTMENT LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $1,161,458.27 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $564,888.69 | | |

3)      Total gross receipts of $1,730,972.20  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,625.24 (see **Exhibit 2),** yielded net receipts of $1,726,346.96 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,634,343.47 | $1,161,458.27 | $1,161,458.27 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $564,888.69 | $564,888.69 | $564,888.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $13,367.19 | $0.00 | $0.00 |
| **Total Disbursements** | $0.00 | $2,214,606.07 | $1,728,353.68 | $1,728,353.68 |

4). This case was originally filed under chapter 7 on 07/06/2015. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2017          By:    /s/ Ronald J. Sommers
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1264 Lavendar Court, Loveland, CO 80537 | 1110-000 | $203,500.00 |
| 1522 Norman XingAtlanta, GA 30349 | 1110-000 | $50,000.00 |
| 15223 Falmouth Avenue, Houston, TX 77084 | 1110-000 | $105,072.88 |
| 15514 Jasmine Tree Lane, Houston, TX 77049 | 1110-000 | $105,103.36 |
| 16 Lindenwood Circle, Johnstown, CO 80534 | 1110-000 | $215,000.00 |
| 729 Allston St. | 1110-000 | $616,706.73 |
| 830 Grand Plains Dr., Houston, TX 77090 | 1110-000 | $105,137.81 |
| 903 E. 25th St. Road, Greeley, CO 80631 | 1110-000 | $182,000.00 |
| 9719 Park Heath Lane, Houston, TX 77088 | 1110-000 | $105,092.76 |
| Rents Received from Properties | 1122-000 | $21,477.83 |
| Chase Bank Account | 1129-000 | $15,620.28 |
| Miscellaneous Refunds | 1229-000 | $6,260.55 |
| **TOTAL GROSS RECEIPTS** | | $1,730,972.20 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Clerk, US Bankruptcy Court (Claim No.; NOLA INVESTMENT LLC) | Surplus Funds | 8200-001 | $4,625.24 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,625.24 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cypress Fairbanks ISD | 4110-000 | $0.00 | $4,866.74 | $0.00 | $0.00 |
| 2 | Harris County et al | 4110-000 | $0.00 | $23,638.53 | $0.00 | $0.00 |
| 3 | WFI Funding, Inc. d/b/a Red Door Funding | 4110-000 | $0.00 | $443,932.81 | $0.00 | $0.00 |
| 6 | Guaranty Bank | 4210-000 | $0.00 | $26,989.01 | $26,989.01 | $26,989.01 |
| 7 | Parkland Place Homeowners Association, Inc. | 4110-000 | $0.00 | $447.12 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Northview Place Community Association, Inc. | 4110-000 | $0.00 | $109.50 | $109.50 | $109.50 |
| | | 4110-000 | $0.00 | $454,541.41 | $454,541.41 | $454,541.41 |
| | | 4800-000 | $0.00 | $9,668.54 | $9,668.54 | $9,668.54 |
| | Bank of America (1st liendholder) | 4110-000 | $0.00 | $113,653.57 | $113,653.57 | $113,653.57 |
| | CitiMortgage (2nd Lienholder) | 4110-000 | $0.00 | $38,552.27 | $38,552.27 | $38,552.27 |
| | Colorado Sales Tax | 4800-000 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| | HOA & MUD Fees | 4120-000 | $0.00 | $9,601.64 | $9,601.64 | $9,601.64 |
| | HOA Fees and Judgment to Rolling Hills Ranch Townhomes | 4120-000 | $0.00 | $10,241.69 | $10,241.69 | $10,241.69 |
| | Lienholders | 4110-000 | $0.00 | $253,377.59 | $253,377.59 | $253,377.59 |
| | Nationstar Mortgage | 4110-000 | $0.00 | $96,501.25 | $96,501.25 | $96,501.25 |
| | Nationstar Mortgage (1st liendholder) | 4110-000 | $0.00 | $110,864.18 | $110,864.18 | $110,864.18 |
| | Taxes | 4800-000 | $0.00 | $5,057.82 | $5,057.82 | $5,057.82 |
| | Taxes & HOA liens | 4800-000 | $0.00 | $6,110.51 | $6,110.51 | $6,110.51 |
| | Weld County Treasurer | 4700-000 | $0.00 | $21,889.29 | $21,889.29 | $21,889.29 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,634,343.47 | $1,161,458.27 | $1,161,458.27 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George Adams & Co. , Costs to secure/Maintain Property( Eg. Casualty insurance, locksmiths | | NA | ($670.97) | ($670.97) | ($670.97) |
| Nationstar Mortgage LLC, Costs to secure/Maintain Property( Eg. Casualty insurance, locksmiths | | NA | ($1,335.75) | ($1,335.75) | ($1,335.75) |
| Ronald J. Sommers, Trustee, Trustee | 2100-000 | NA | $74,808.86 | $74,808.86 | $74,808.86 |
| International Sureties, Ltd. | 2300-000 | NA | $101.48 | $101.48 | $101.48 |

| | | | | | |
|---|---|---|---|---|---|
| Northview Place Community Association, Inc. | 2410-000 | NA | $1,089.50 | $1,089.50 | $1,089.50 |
| AAA Auger Plumbing Services | 2420-000 | NA | $677.50 | $677.50 | $677.50 |
| George Adams and Company Insurance Agency, LLC | 2420-000 | NA | $15,379.82 | $15,379.82 | $15,379.82 |
| John Armour | 2420-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Nation Star Mortgage | 2420-000 | NA | $9,004.07 | $9,004.07 | $9,004.07 |
| Ocwen | 2420-000 | NA | $1,498.06 | $1,498.06 | $1,498.06 |
| Seterus, Inc. | 2420-000 | NA | $7,333.56 | $7,333.56 | $7,333.56 |
| TracyTaylor | 2420-000 | NA | $80.00 | $80.00 | $80.00 |
| Wells Fargo Mortgage | 2420-000 | NA | $1,383.40 | $1,383.40 | $1,383.40 |
| Wendy Cline | 2420-000 | NA | $173.18 | $173.18 | $173.18 |
| | 2500-000 | NA | $8,469.05 | $8,469.05 | $8,469.05 |
| Closing Costs | 2500-000 | NA | $2,471.00 | $2,471.00 | $2,471.00 |
| Closing Costs, Water, Carpet Cleaning & HOA Fees | 2500-000 | NA | $2,835.82 | $2,835.82 | $2,835.82 |
| Final Water to Town of Johnstown | 2500-000 | NA | $106.44 | $106.44 | $106.44 |
| Green Bank | 2600-000 | NA | $2,750.76 | $2,750.76 | $2,750.76 |
| | 2820-000 | NA | $24,973.52 | $24,973.52 | $24,973.52 |
| Baker's Ridge Homeowners Association | 2990-000 | NA | $1,114.79 | $1,114.79 | $1,114.79 |
| Blake House | 2990-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Branchbusters | 2990-000 | NA | $1,244.88 | $1,244.88 | $1,244.88 |
| Clayton News | 2990-000 | NA | $60.00 | $60.00 | $60.00 |
| Copper Grove | 2990-000 | NA | $999.29 | $999.29 | $999.29 |
| Harris Co MUD #102 | 2990-000 | NA | $1,375.20 | $1,375.20 | $1,375.20 |
| Harris Co MUD #399 | 2990-000 | NA | $1,323.51 | $1,323.51 | $1,323.51 |
| John Armour | 2990-000 | NA | $73.74 | $73.74 | $73.74 |
| Kelly Morris Benefield | 2990-000 | NA | $3,337.00 | $3,337.00 | $3,337.00 |
| Mark and Cherilee Clinesmith | 2990-000 | NA | $1,085.00 | $1,085.00 | $1,085.00 |
| Meadowview Farms | 2990-000 | NA | $2,825.21 | $2,825.21 | $2,825.21 |
| Northborough Village Neighborhood, Inc. | 2990-000 | NA | $2,924.42 | $2,924.42 | $2,924.42 |
| Stewart Title Company | 2990-000 | NA | $1,082.48 | $1,082.48 | $1,082.48 |
| Taking Care of Business dba Lucy's Cleaning Services | 2990-000 | NA | $600.00 | $600.00 | $600.00 |
| United States Marshall | 2990-000 | NA | $3,680.00 | $3,680.00 | $3,680.00 |

| Service | | | | | |
|---|---|---|---|---|---|
| Wendy Cline | 2990-000 | NA | $925.98 | $925.98 | $925.98 |
| Attorney for Trustee | 3210-000 | NA | $213,258.50 | $213,258.50 | $213,258.50 |
| Wausen Probus, Attorney for Trustee | 3210-000 | NA | $70,622.26 | $70,622.26 | $70,622.26 |
| Special Counsel for Trustee | 3210-600 | NA | $2,649.50 | $2,649.50 | $2,649.50 |
| Attorney for Trustee | 3220-000 | NA | $9,985.23 | $9,985.23 | $9,985.23 |
| Accountant for Trustee | 3410-000 | NA | $4,110.00 | $4,110.00 | $4,110.00 |
| Accountant for Trustee | 3420-000 | NA | $24.00 | $24.00 | $24.00 |
| Special Accountant for Trustee | 3420-590 | NA | $3.40 | $3.40 | $3.40 |
| Realtor for Trustee | 3510-000 | NA | $48,070.00 | $48,070.00 | $48,070.00 |
| Realtor Commissions, Realtor for Trustee | 3510-000 | NA | $12,210.00 | $12,210.00 | $12,210.00 |
| Regional Properties Texas, Realtor for Trustee | 3510-000 | NA | $18,450.00 | $18,450.00 | $18,450.00 |
| Volley Goodman, Realtor for Trustee | 3510-000 | NA | $9,225.00 | $9,225.00 | $9,225.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $564,888.69 | $564,888.69 | $564,888.69 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Rolling Hills Ranch Townhomes Association | 7100-000 | $0.00 | $6,009.71 | $0.00 | $0.00 |
| 5 | Rolling Hills Ranch Townhomes Association | 7100-000 | $0.00 | $7,357.48 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $13,367.19 | $0.00 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1          Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 15-33668-H5-7 | |
| **Case Name:** | NOLA INVESTMENT LLC | |
| **For the Period Ending:** | 11/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Date Filed (f) or Converted (c):** | 07/06/2015 (f) |
| **§341(a) Meeting Date:** | 11/18/2015 |
| **Claims Bar Date:** | 03/01/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 729 Allston St. | Unknown | $616,706.73 | | $616,706.73 | FA |
| 2 | Chase Bank Account | Unknown | $15,620.28 | | $15,620.28 | FA |
| 3 | Rents Received from Properties **(u)** | $0.00 | $21,477.83 | | $21,477.83 | FA |
| 4 | Miscellaneous Refunds **(u)** | $0.00 | $6,260.55 | | $6,260.55 | FA |
| 5 | 1522 Norman Xing Atlanta, GA 30349 **(u)** | $0.00 | $50,000.00 | | $50,000.00 | FA |
| 6 | 1264 Lavendar Court, Loveland, CO 80537 | $203,500.00 | $203,500.00 | | $203,500.00 | FA |
| 7 | 15223 Falmouth Avenue, Houston, TX 77084 **(u)** | $0.00 | $105,072.88 | | $105,072.88 | FA |
| **Asset Notes:** | Docket #126 11/06/15 | | | | | |
| 8 | 802 Forest Star, Houston, TX 77067 **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Docket #126 11/06/15 Abandoned #470 10/03/16 | | | | | |
| 9 | 16103 Youpon Valley Drive, Houston, TX 77073 **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Docket #126 11/06/15 Abandoned #470 10/03/16 | | | | | |
| 10 | 15514 Jasmine Tree Lane, Houston, TX 77049 **(u)** | $0.00 | $105,103.36 | | $105,103.36 | FA |
| **Asset Notes:** | Docket #126 11/06/15 | | | | | |
| 11 | 18518 Bridge Falls Way, Houston, TX 77084 **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Docket #126 11/06/15 Abandoned #470 10/03/16 | | | | | |
| 12 | 9719 Park Heath Lane, Houston, TX 77088 **(u)** | $0.00 | $105,092.76 | | $105,092.76 | FA |
| **Asset Notes:** | Docket #126 11/06/15 | | | | | |
| 13 | 830 Grand Plains Dr., Houston, TX 77090 **(u)** | $0.00 | $105,137.81 | | $105,137.81 | FA |
| **Asset Notes:** | Docket #126 11/06/15 | | | | | |
| 14 | 1435 Glasholm Drive, Houston, TX 77073 **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Docket #126 11/06/15 Abandoned #470 10/03/16 | | | | | |
| 15 | 15622 Ashbourne Springs Lane, Houston, TX 77095 **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Docket #126 11/06/15 | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit 8

| Case No.: | 15-33668-H5-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | NOLA INVESTMENT LLC | Date Filed (f) or Converted (c): | 07/06/2015 (f) |
| For the Period Ending: | 11/14/2017 | §341(a) Meeting Date: | 11/18/2015 |
| | | Claims Bar Date: | 03/01/2016 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Abandoned #470 10/03/16 | | | | | | |
| **Ref. #** | | | | | | | |
| 16 | 16 Lindenwood Circle, Johnstown, CO 80534 | (u) | $0.00 | $215,000.00 | | $215,000.00 | FA |
| **Asset Notes:** | Docket #126 11/06/15 | | | | | | |
| 17 | 4435 Shenandoah Street, Greeley, CO 80634 | (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Docket #126 11/06/15 Abandoned #470 10/03/16 | | | | | | |
| 18 | 903 E. 25th St. Road, Greeley, CO 80631 | (u) | $0.00 | $182,000.00 | | $182,000.00 | FA |
| **Asset Notes:** | Docket #126 11/06/15 | | | | | | |
| 19 | VOID | | $0.00 | $0.00 | | $0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $203,500.00 | $1,730,972.20 | $1,730,972.20 | | $0.00 |

**Major Activities affecting case closing:**

| 11/14/2017 | TDR SUBMITTED |
|---|---|
| 09/28/2017 | 90 days after final distribution is 10/04/17; Motion to Deposit Unclaimed Funds will be filed the first week of October. Once the final check to the clerk clears, the TDR should be submitted by 11/30/17. |
| 02/20/2017 | TFR SUBMITTED |
| 09/30/2016 | Trustee will abandon remaining unsold properties.  Trustee's attorneys and accountants will file their final fee apps and prepare the final tax returns.  TFR will be submitted on or before 12/31/16. |
| 09/30/2015 | Debtor did not file schedules and is not cooperative with the Trustee.  There are potentially several pieces of real property and other assets.  Trustee is investigating potential assets. |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2016 | **Current Projected Date Of Final Report (TFR):** | 01/31/2017 | /s/ RONALD J. SOMMERS |
|---|---|---|---|---|
| | | | | RONALD J. SOMMERS |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-33668-H5-7 | |
| **Case Name:** | NOLA INVESTMENT LLC | |
| **Primary Taxpayer ID #:** | | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/6/2015 | |
| **For Period Ending:** | 11/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2015 | (1) | Houston 50 Realty | Funds for Tree Work | 1110-000 | $1,244.88 | | $1,244.88 |
| 08/26/2015 | 1000 | Branchbusters | Invoice #13853 Tree work at 729 Allston Property | 2990-000 | | $1,244.88 | $0.00 |
| 08/28/2015 | | First American Title Company, LLC | #12 08/20/15 - Order / #32 08/28/15 - Rpt of Sale Sale Proceeds from 729 Allston (wire transfer) | * | $143,397.69 | | $143,397.69 |
| | {1} | | $615,000.00 | 1110-000 | | | $143,397.69 |
| | | | $(454,541.41) | 4110-000 | | | $143,397.69 |
| | | | $(12,181.80) | 2820-000 | | | $143,397.69 |
| | | | $(4,879.10) | 2500-000 | | | $143,397.69 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $30.57 | $143,367.12 |
| 09/08/2015 | (1) | WFI Funding, Inc. | Refund of interest from sale of Allston property | 1110-000 | $461.85 | | $143,828.97 |
| 09/18/2015 | 1001 | Regional Properties Texas | #55 09/16/15 | 3510-000 | | $18,450.00 | $125,378.97 |
| 09/18/2015 | 1002 | Volley Goodman | #55 09/16/15 | 3510-000 | | $9,225.00 | $116,153.97 |
| 09/22/2015 | (2) | JPMorgan Chase Bank, N.A. | Funds on Deposit | 1129-000 | $15,433.50 | | $131,587.47 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $219.73 | $131,367.74 |
| 10/08/2015 | 1003 | International Sureties, Ltd. | Pro rata portion of Chapter 7 Blanket Bond | 2300-000 | | $54.54 | $131,313.20 |
| 10/27/2015 | 1004 | Stewart Title Company | 8 O&E Reports -- $135.31 each Inv. #20490, #20489, #20488, #20487, #20486, #20485, #20466, #20467 | 2990-000 | | $1,082.48 | $130,230.72 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $218.77 | $130,011.95 |
| 11/12/2015 | 1005 | Wauson Probs | #128 11/12/15 Attorney Fees & Expenses | * | | $46,065.86 | $83,946.09 |
| | | | $(44,108.50) | 3210-000 | | | $83,946.09 |
| | | | $(1,957.36) | 3220-000 | | | $83,946.09 |
| 11/16/2015 | (2) | Chase | Funds on Deposit | 1129-000 | $186.78 | | $84,132.87 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $160.99 | $83,971.88 |
| 12/01/2015 | 1006 | George Adams and Company Insurance Agency, LLC | #146 12/01/15 & #152 12/03/15 | 2420-000 | | $13,764.20 | $70,207.68 |
| | | | **SUBTOTALS** | | $160,724.70 | $90,517.02 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-33668-H5-7 | |
| **Case Name:** | NOLA INVESTMENT LLC | |
| **Primary Taxpayer ID #:** | | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/6/2015 | |
| **For Period Ending:** | 11/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2015 | 1007 | Jonesboro Group (Gray Publishing) | Published notice to potential creditors in the Southern Community Newspapers | 2990-000 | | $60.00 | $70,147.68 |
| 12/02/2015 | 1007 | VOID: Jonesboro Group (Gray Publishing) | WRONG PAYEE AND WRONG AMOUNT | 2990-003 | | ($60.00) | $70,207.68 |
| 12/02/2015 | 1008 | George Adams and Company Insurance Agency, LLC | #146 12/01/15 & #152 12/03/15 | 2420-000 | | $1,615.62 | $68,592.06 |
| 12/09/2015 | (4) | Cecilia Holdings LLC | Refund of Settlement Funds - 4908 Brookstone | 1229-000 | $2,500.00 | | $71,092.06 |
| 12/09/2015 | 1009 | Clayton News | Publication of Notice in Loveland Reporter-Herald | 2990-000 | | $87.04 | $71,005.02 |
| 12/16/2015 | 1009 | VOID: Clayton News | Wrong Amount | 2990-003 | | ($87.04) | $71,092.06 |
| 12/16/2015 | 1010 | Clayton News | Public Legal Notice | 2990-000 | | $60.00 | $71,032.06 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $115.20 | $70,916.86 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $114.43 | $70,802.43 |
| 02/04/2016 | (3) | April Hyde | Rent - 1264 Lavender Ave., Loveland, CO 80537 | 1122-000 | $1,010.00 | | $71,812.43 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $108.19 | $71,704.24 |
| 03/03/2016 | | Chalker & Chalker P.C. | #193 02/24/16 - Order / #323 05/19/16 - Rpt of Sale Sale of 1522 Norman Xing, Atlanta, GA 30349 | * | $37,331.46 | | $109,035.70 |
| | {5} | | $50,000.00 | 1110-000 | | | $109,035.70 |
| | | | $(3,000.00) | 3510-000 | | | $109,035.70 |
| | | | $(9,668.54) | 4800-000 | | | $109,035.70 |
| 03/03/2016 | (3) | April Hyde | Rent - 1264 Lavender Ave., Loveland, CO 80537 | 1122-000 | $1,010.00 | | $110,045.70 |
| 03/10/2016 | (3) | John W. Terry | Rent - 16 Lindenwood Circle, Johnstown, CO 80534 | 1122-000 | $1,390.00 | | $111,435.70 |
| 03/14/2016 | 1011 | Cypress-Fairbanks ISD | #201 03/11/16 Acct #1226220030030 15223 Falmouth Ave, Hou, TX 77084 | 4700-000 | | $3,013.92 | $108,421.78 |
| 03/14/2016 | 1012 | Mike Sullivan, Tax Assessor | #201 03/11/16 Acct #122-622-003-0030 15223 Falmouth Ave. Houston, TX 77084 | 4700-000 | | $1,508.05 | $106,913.73 |
| 03/14/2016 | 1013 | Mike Sullivan, Tax Assessor | #201 03/11/16 Acct #123-050-003-0007 802 Forest Star. Houston, TX 77067 | 4700-000 | | $1,559.76 | $105,353.97 |
| | | | **SUBTOTALS** | | $43,241.46 | $8,095.17 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-33668-H5-7 | |
| **Case Name:** | NOLA INVESTMENT LLC | |
| **Primary Taxpayer ID #:** | | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/6/2015 | |
| **For Period Ending:** | 11/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2016 | 1014 | Spring ISD Tax Office | #201 03/11/16 Acct #1230500030007 802 Forest Star, Houston, TX 77067 | 4700-000 | | $1,705.41 | $103,648.56 |
| 03/14/2016 | 1015 | Mike Sullivan, Tax Assessor | #201 03/11/16 Acct #124-591-002-0037 9719 Park Heath Lane. Houston, TX 77088 | 4700-000 | | $1,189.38 | $102,459.18 |
| 03/14/2016 | 1016 | Aldine ISD Tax Office | #201 03/11/16 Acct #1245910020037 9719 Park Heath Lane, Houston, TX 77088 | 4700-000 | | $1,621.35 | $100,837.83 |
| 03/14/2016 | 1017 | Mike Sullivan, Tax Assessor | #201 03/11/16 Acct #126-080-001-0024 830 Grand Plains Dr. Houston, TX 77073 | 4700-000 | | $1,018.70 | $99,819.13 |
| 03/14/2016 | 1018 | Spring ISD Tax Office | #201 03/11/16 Acct #1260800010024 830 Grand Plains Dr, Houston, TX 77073 | 4700-000 | | $1,691.75 | $98,127.38 |
| 03/14/2016 | 1019 | Mike Sullivan, Tax Assessor | #201 03/11/16 Acct #125-529-002-0024 1435 Glasholm Dr.,  Houston, TX 77073 | 4700-000 | | $994.76 | $97,132.62 |
| 03/14/2016 | 1020 | Aldine ISD Tax Office | #201 03/11/16 Acct #1255290020024 1435 Glasholm Dr, Houston, TX 77073 | 4700-000 | | $1,331.13 | $95,801.49 |
| 03/14/2016 | 1021 | Mike Sullivan, Tax Assessor | #201 03/11/16 Acct #120-631-002-0011 15622 Ashbourne Springs Lane, Houston, TX 77095 | 4700-000 | | $1,442.55 | $94,358.94 |
| 03/14/2016 | 1022 | Cypress-Fairbanks ISD | #201 03/11/16 Acct #1206310020011 15622 Ashbourne Springs Lane, Hou, TX 77095 | 4700-000 | | $2,602.08 | $91,756.86 |
| 03/14/2016 | 1023 | Weld County Treasurer | #201 03/11/16 Acct #R7290398 16 Lindenwood Circle, Johnstown, CO 80534 | 4700-000 | | $617.73 | $91,139.13 |
| | | | **SUBTOTALS** | | $0.00 | $14,214.84 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-33668-H5-7 | |
| **Case Name:** | NOLA INVESTMENT LLC | |
| **Primary Taxpayer ID #:** | | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/6/2015 | |
| **For Period Ending:** | 11/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2016 | 1024 | Larimer County Treasurer | #201 03/11/16 Acct #1595663 1264 Lavender Ct., Loveland, CO 80537 | 4700-000 | | $550.56 | $90,588.57 |
| 03/14/2016 | 1025 | Weld County Treasurer | #201 03/11/16 Acct #R7100998 4435 Shenandoah St, Greeley, CO 80534 | 4700-000 | | $635.64 | $89,952.93 |
| 03/14/2016 | 1026 | Weld County Treasurer | #201 03/11/16 Acct #R1727402 903 E. 25th St Rd, Greeley, CO 80631 | 4700-000 | | $406.52 | $89,546.41 |
| 03/16/2016 | (3) | Brianna Hooks | Rent - 1435 Glasholm Dr,. Houston. TX 77073 | 1221-000 | $1,000.00 | | $90,546.41 |
| 03/18/2016 | 1027 | Wauson Probus | #205 03/16/16 Attorney Fees & Expenses | * | | $45,406.75 | $45,139.66 |
| | | | $(42,765.00) | 3210-000 | | | $45,139.66 |
| | | | $(2,641.75) | 3220-000 | | | $45,139.66 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $143.68 | $44,995.98 |
| 04/05/2016 | (3) | Brianna Hooks | Rent - 1435 Glasholm Dr,. Houston. TX 77073 | 1221-000 | $1,000.00 | | $45,995.98 |
| 04/12/2016 | (3) | John W Terry | Rent - 16 Lindenwood Circle, Johnstown, CO 80534 | 1122-000 | $1,115.50 | | $47,111.48 |
| 04/12/2016 | (4) | Larimer County Treasurer | Tax Refund | 1124-000 | $50.00 | | $47,161.48 |
| 04/19/2016 | (4) | Chalker & Chalker, P.C. | Tax Refund | 1124-000 | $1,064.70 | | $48,226.18 |
| 04/22/2016 | 1028 | John Armour | Cleaning and Lawn Maintenance at Lavender Court property | 2420-000 | | $100.00 | $48,126.18 |
| 04/27/2016 | (3) | April Hyde | Rent - 1264 Lavender Ave., Loveland, CO 80537 | 1222-000 | $67.33 | | $48,193.51 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $81.25 | $48,112.26 |
| 05/02/2016 | 1029 | John Armour | Trash Removal at Lavender Court property | 2420-000 | | $900.00 | $47,212.26 |
| 05/04/2016 | (3) | John Terry | Rent - 16 Lindenwood Circle, Johnstown, CO 80534 | 1222-000 | $1,390.00 | | $48,602.26 |
| 05/05/2016 | (3) | Brianna L Hooks | Rent - 1435 Glasholm Dr,. Houston. TX 77073 | 1122-000 | $1,000.00 | | $49,602.26 |
| 05/17/2016 | 1030 | TracyTaylor | Lawn Maintenance at Lavender Court Property | 2420-000 | | $80.00 | $49,522.26 |
| | | | **SUBTOTALS** | | $6,687.53 | $48,304.40 | |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33668-H5-7 | | Trustee Name: | Ronald J. Sommers |
| Case Name: | NOLA INVESTMENT LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 7/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/19/2016 | | North American Title Company of Colorado | #301 05/12/15 - Order - / #324 05/19/16-Rpt of Sale Sale of Lavender Court (wire transfer) | * | $43,394.91 | | $92,917.17 |
| | {6} | | $203,500.00 | 1110-000 | | | $92,917.17 |
| | | | Realtor Commissions $(12,210.00) | 3510-000 | | | $92,917.17 |
| | | | Bank of America (1st liendholder) $(113,653.57) | 4110-000 | | | $92,917.17 |
| | | | Guaranty Bank & Trust Company (2nd lienholder) $(26,989.01) | 4210-000 | | | $92,917.17 |
| | | | Taxes & HOA liens $(6,110.51) | 4800-000 | | | $92,917.17 |
| | | | Closing Costs $(1,142.00) | 2500-000 | | | $92,917.17 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $109.12 | $92,808.05 |
| 06/06/2016 | (3) | Brianna L. Hooks | Rent - 1435 Glasholm Dr,. Houston. TX 77073 | 1222-000 | $1,000.00 | | $93,808.05 |
| 06/06/2016 | 1030 | STOP PAYMENT: TracyTaylor | Payee did not receive check; check is to be re-issued; Lawn Maintenance at Lavender Court Property | 2420-004 | | ($80.00) | $93,888.05 |
| 06/06/2016 | 1031 | TracyTaylor | Payee did not receive check; check is to be re-issued; Lawn Maintenance at Lavender Court Property | 2420-000 | | $80.00 | $93,808.05 |
| 06/08/2016 | (3) | Mark & Cherilee Clinesmith | Rent - 903 East 25th St., Greeley, CO 80631 | 1222-000 | $1,000.00 | | $94,808.05 |
| 06/08/2016 | (3) | Mark & Cherilee Cinesmith | Rent - 903 East 25th St., Greeley, CO 80631 | 1222-000 | $85.00 | | $94,893.05 |
| 06/13/2016 | (4) | City of Loveland | Misc. Refund | 1229-000 | $182.36 | | $95,075.41 |
| 06/28/2016 | 1032 | Harris Co MUD #399 | Prop ID #R000005963 GEOID:1260800010024 SITUS:830 Grand Plains Dr | 2990-000 | | $1,323.51 | $93,751.90 |
| 06/28/2016 | 1033 | Harris Co MUD #102 | Prop ID #R000074552 GEOID:1226220030030 SITUS:15223 Falmouth Ave. | 2990-000 | | $1,375.20 | $92,376.70 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $147.75 | $92,228.95 |
| 07/07/2016 | (3) | Cherilee Clinesmith | Rent for 903 E. 25th St. | 1222-000 | $1,000.00 | | $93,228.95 |
| 07/07/2016 | (3) | Cherilee Clinesmith | Rent for 903 East 25th St., Greeley, CO 80631 | 1222-000 | $85.00 | | $93,313.95 |
| 07/11/2016 | (3) | Brianna L Hooks | Rent - 1435 Glasholm Dr,. Houston. TX 77073 | 1222-000 | $700.00 | | $94,013.95 |
| 07/11/2016 | (3) | John W Terry | Rent - 16 Lindenwood Circle, Johnstown, CO 80534 | 1222-000 | $1,390.00 | | $95,403.95 |
| | | | | **SUBTOTALS** | $48,837.27 | $2,955.58 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 15-33668-H5-7 | | **Trustee Name:** | Ronald J. Sommers |
| **Case Name:** | NOLA INVESTMENT LLC | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | | | **Checking Acct #:** | ******6801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | CHK |
| **For Period Beginning:** | 7/6/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/14/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/18/2016 | (3) | Rolando Guerrero | Rent - 15223 Falmouth Ave., Houston, TX | 1222-000 | $1,350.00 | | $96,753.95 |
| 07/20/2016 | (3) | Mindy Garrett | Rent - 4435 Shennandoah St., Greeley, CO 80634 | 1222-000 | $950.00 | | $97,703.95 |
| 07/28/2016 | 1034 | Wausen Probus | #390 07/28/16 Attorney Fees - Partial Payment (total amount owed $70,622.26) | 3210-000 | | $50,622.26 | $47,081.69 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $155.42 | $46,926.27 |
| 08/01/2016 | 1035 | John Armour | Reimbursement for carbon monoxide alarms for Lindenwood Circle property | 2990-000 | | $73.74 | $46,852.53 |
| 08/03/2016 | (3) | Brianna L Hooks | Rent | 1222-000 | $1,100.00 | | $47,952.53 |
| 08/08/2016 | (3) | King Soopers | Rent - E 25th St CO | 1222-000 | $1,000.00 | | $48,952.53 |
| 08/08/2016 | (3) | King Soopers | Rent - E 25th St CO | 1222-000 | $85.00 | | $49,037.53 |
| 08/11/2016 | 1036 | Wells Fargo Mortgage | #379 07/11/16 Acct #0483335956 July & August Mortgage Payments on Property: 15514 Jasmine Tree Lane, Houston, TX 77049 | 2420-000 | | $1,383.40 | $47,654.13 |
| 08/11/2016 | 1037 | Nation Star Mortgage | #379 07/11/16 Acct #1011158746 July and August Mortgage Payments for Property: 1435 Glasholm Dr., Houston, TX 77073 | 2420-000 | | $964.02 | $46,690.11 |
| 08/11/2016 | 1038 | Nation Star Mortgage | #379 07/11/16 Acct #0599998804 July and August Mortgage Payments for Property: 18518 Bridge Falls Way, Houston, TX 77084 | 2420-000 | | $2,136.60 | $44,553.51 |
| 08/11/2016 | 1039 | Ocwen | #379 07/11/16 Acct #7145292061 July and August Mortgage Payments for Property: 4435 North Shenandoah St., Greeley, CO 80634 | 2420-000 | | $1,482.82 | $43,070.69 |
| 08/11/2016 | 1040 | Nation Star Mortgage | #379 07/11/16 Acct #0614466910 July and August Mortgage Payments for Property: 903 East 25th St. Rd., Greeley, CO 80631 | 2420-000 | | $1,536.66 | $41,534.03 |
| | | | **SUBTOTALS** | | $4,485.00 | $58,354.92 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33668-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | NOLA INVESTMENT LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 7/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/11/2016 | 1041 | Nation Star Mortgage | #379 07/11/16 Acct #0598440287 July and August Mortgage Payments for Property: 9719 Park Heath Lane, Houston, TX 77049 | 2420-000 | | $894.44 | $40,639.59 |
| 08/11/2016 | 1042 | AAA Auger Plumbing Services | Inv. #56302075 Plumbing Repair at 1435 Glasholm Dr. | 2420-000 | | $677.50 | $39,962.09 |
| 08/15/2016 | (3) | Rolando Guerrero | Rent - 15223 Falmouth Ave., Houston, TX | 1222-000 | $750.00 | | $40,712.09 |
| 08/16/2016 | 1040 | VOID: Nation Star Mortgage | | 2420-003 | | ($1,536.66) | $42,248.75 |
| 08/16/2016 | 1043 | Nation Star Mortgage | #379 07/11/16 Acct #0614466910 July and August Mortgage Payments for Property: 903 East 25th St. Rd., Greeley, CO 80631 | 2420-000 | | $1,536.66 | $40,712.09 |
| 08/23/2016 | 1044 | Mark and Cherilee Clinesmith | Return of Deposit | 2990-000 | | $1,085.00 | $39,627.09 |
| 08/24/2016 | 1045 | Wausen Probus | #390 07/28/16 Attorney Fees - Fee App Paid in Full | 3210-000 | | $20,000.00 | $19,627.09 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $67.62 | $19,559.47 |
| 09/08/2016 | | North American Title Company | #398 08/03/16 Sale of Lindenwood Cir Property (wire transfer 08/31/16) | * | $40,186.16 | | $59,745.63 |
| | {16} | | $215,000.00 | 1110-000 | | | $59,745.63 |
| | | | $(8,600.00) | 3510-000 | | | $59,745.63 |
| | | Nationstar Mortgage (1st liendholder) | $(110,864.18) | 4110-000 | | | $59,745.63 |
| | | CitiMortgage (2nd Lienholder) | $(38,552.27) | 4110-000 | | | $59,745.63 |
| | | Taxes | $(820.26) | 4800-000 | | | $59,745.63 |
| | | Closing Costs | $(1,329.00) | 2500-000 | | | $59,745.63 |
| | | HOA Fees and Judgment to Rolling Hills Ranch Townhomes | $(10,241.69) | 4120-000 | | | $59,745.63 |
| | | Colorado Sales Tax | $(4,300.00) | 4800-000 | | | $59,745.63 |
| | | Final Water to Town of Johnstown | $(106.44) | 2500-000 | | | $59,745.63 |
| 09/14/2016 | (3) | Brianna L. Hooks | September Rent | 1222-000 | $1,000.00 | | $60,745.63 |
| | | | **SUBTOTALS** | | $41,936.16 | $22,724.56 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33668-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | NOLA INVESTMENT LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 7/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/20/2016 | 1046 | Garman Turner Gordon | #461 09/14/16 | * | | $2,652.90 | $58,092.73 |
| | | | Special Counsel Fees & Expenses | | | | |
| | | | $(2,649.50) | 3210-600 | | | $58,092.73 |
| | | | $(3.40) | 3420-590 | | | $58,092.73 |
| 09/20/2016 | 1047 | Taking Care of Business dba Lucy's Cleaning Services | Inv. #100-A | 2990-000 | | $600.00 | $57,492.73 |
| | | | Cleaning on 903 E. 25th Street Property (Greeley, CO) | | | | |
| 09/27/2016 | | North American Title Company | #438 08/22/16 | * | $67,505.37 | | $124,998.10 |
| | | | Sale of 903 East 25th Street Road, Greeley, CO | | | | |
| | | | (wire transfer 09/26/16) | | | | |
| | {18} | | $182,000.00 | 1110-000 | | | $124,998.10 |
| | | | $(10,920.00) | 3510-000 | | | $124,998.10 |
| | | | Nationstar Mortgage $(96,501.25) | 4110-000 | | | $124,998.10 |
| | | | Taxes $(4,237.56) | 4800-000 | | | $124,998.10 |
| | | | Closing Costs, Water, Carpet Cleaning & $(2,835.82) HOA Fees | 2500-000 | | | $124,998.10 |
| 09/28/2016 | | Stewart Title | #454 09/09/16 & #459 09/14/16 | * | $115,495.91 | | $240,494.01 |
| | | | Sale of 4 Properties | | | | |
| | | | (wire transfer) | | | | |
| | {7} | | $105,072.88 | 1110-000 | | | $240,494.01 |
| | {12} | | $105,092.76 | 1110-000 | | | $240,494.01 |
| | {10} | | $105,103.36 | 1110-000 | | | $240,494.01 |
| | {13} | | $105,137.81 | 1110-000 | | | $240,494.01 |
| | | | Lienholders $(253,377.59) | 4110-000 | | | $240,494.01 |
| | | | $(12,791.72) | 2820-000 | | | $240,494.01 |
| | | | $(25,550.00) | 3510-000 | | | $240,494.01 |
| | | | $(3,589.95) | 2500-000 | | | $240,494.01 |
| | | | HOA & MUD Fees $(9,601.64) | 4120-000 | | | $240,494.01 |
| 09/28/2016 | 1048 | Nation Star Mortgage | #379 07/11/16 | 2420-000 | | $964.02 | $239,529.99 |
| | | | Acct #1011158746 | | | | |
| | | | June and September Mortgage Payments for Property: | | | | |
| | | | 1435 Glasholm Dr., Houston, TX 77073 | | | | |
| | | | **SUBTOTALS** | | $183,001.28 | $4,216.92 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 15-33668-H5-7 | | **Trustee Name:** | | Ronald J. Sommers |
| **Case Name:** | NOLA INVESTMENT LLC | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | | | **Checking Acct #:** | | ******6801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | | CHK |
| **For Period Beginning:** | 7/6/2015 | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 11/14/2017 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/28/2016 | 1049 | Nation Star Mortgage | #379 07/11/16<br>Acct #0599998804<br>June and September Mortgage Payments for Property:<br>18518 Bridge Falls Way, Houston, TX 77084 | 2420-000 | | $2,136.60 | $237,393.39 |
| 09/28/2016 | 1050 | Ocwen | #379 07/11/16<br>Acct #7145292061<br>June and September Mortgage Payments for Property:<br>4435 North Shenandoah St., Greeley, CO 80634 | 2420-000 | | $1,482.82 | $235,910.57 |
| 09/28/2016 | 1051 | Seterus, Inc. | #379 07/11/16<br>Acct #30013603<br>June, July, August and September Mortgage Payments for Property: 15622 Ashbourne Springs Lane, Houston, TX 77095 | 2420-000 | | $2,276.64 | $233,633.93 |
| 09/28/2016 | 1052 | Seterus, Inc. | #379 07/11/16<br>Acct #27473880<br>June, July, August and September Mortgage Payments for Property: 16103 Youpon Valley Drive, Houston, TX 77073 | 2420-000 | | $3,520.84 | $230,113.09 |
| 09/28/2016 | 1053 | Seterus, Inc. | #379 07/11/16<br>Acct #23701437<br>June, July, August and September Mortgage Payments for Property: 802 Forest Star Drive, Houston, TX 77067 | 2420-000 | | $1,536.08 | $228,577.01 |
| 09/28/2016 | 1054 | Northview Place Community Association, Inc. | Final Distribution | 4110-000 | | $109.50 | $228,467.51 |
| 09/29/2016 | 1048 | VOID: Nation Star Mortgage | Check will be re-issued for a different amount | 2420-003 | | ($964.02) | $229,431.53 |
| 09/29/2016 | 1055 | Nation Star Mortgage | #379 07/11/16<br>Acct #1011158746<br>June and September Mortgage Payments for Property:<br>1435 Glasholm Dr., Houston, TX 77073 | 2420-000 | | $1,335.75 | $228,095.78 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $159.95 | $227,935.83 |
| 10/03/2016 | (4) | Chase | Cashiers Check Payment to HOA | 1229-000 | $2,463.49 | | $230,399.32 |

**SUBTOTALS**   $2,463.49   $11,594.16

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-33668-H5-7 | |
| **Case Name:** | NOLA INVESTMENT LLC | |
| **Primary Taxpayer ID #:** | | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/6/2015 | |
| **For Period Ending:** | 11/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2016 | 1056 | Copper Grove | #484 10/20/16 HOA Fees for property located at 15622 Ashbourne Spring Lane, Houston, TX 77095 | 2990-000 | | $999.29 | $229,400.03 |
| 10/03/2016 | 1057 | Northborough Village Neighborhood, Inc. | #484 10/20/16 HOA Fees for property located at 802 Forest Star, Houston, TX 77067 | 2990-000 | | $2,924.42 | $226,475.61 |
| 10/03/2016 | 1058 | Meadowview Farms | #484 10/20/16 HOA fees for property located at 1435 Glasholm Drive, Houston, TX 77073 | 2990-000 | | $2,825.21 | $223,650.40 |
| 10/03/2016 | 1059 | Baker's Ridge Homeowners Association | #484 10/20/16 HOA fees for property located at Bridge Falls, Houston, TX 77073 | 2990-000 | | $1,114.79 | $222,535.61 |
| 10/03/2016 | 1060 | Ocwen | #379 07/11/16 Acct #7145292061 Shortage from Mortgage Payments for Property: 4435 North Shenandoah St., Greeley, CO 80634 | 2420-000 | | $15.24 | $222,520.37 |
| 10/12/2016 | (3) | Brianna L. Hooks | October Rent | 1222-000 | $1,000.00 | | $223,520.37 |
| 10/13/2016 | 1061 | Wauson Probus | #480 10/13/16 Attorney Fees and Expenses | * | | $72,646.55 | $150,873.82 |
| | | | $(69,246.00) | 3210-000 | | | $150,873.82 |
| | | | $(3,400.55) | 3220-000 | | | $150,873.82 |
| 10/13/2016 | 1062 | Wendy Cline | Reimbursement for Re-Keying Falmouth and Jasmine Tree Lane Properties (Inv. #00999086 & 00999091) | 2420-000 | | $173.18 | $150,700.64 |
| 10/25/2016 | 1063 | Northview Place Community Association, Inc. | #484 10/20/16 HOA Fees for 16103 Youpon Valley Drive, Houston, TX property | 2410-000 | | $1,089.50 | $149,611.14 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $293.61 | $149,317.53 |
| 11/01/2016 | 1064 | International Sureties, Ltd. | Bond #016071777 Chapter 7 Blanket Bond Region 7 | 2300-000 | | $46.94 | $149,270.59 |
| 11/08/2016 | 1050 | VOID: Ocwen | Check was returned on 11/07/16 by Ocwen stating they were unable to find a valid loan for this payment. | 2420-003 | | ($1,482.82) | $150,753.41 |
| | | | **SUBTOTALS** | | $1,000.00 | $80,645.91 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 15-33668-H5-7 | |
| Case Name: | NOLA INVESTMENT LLC | |
| Primary Taxpayer ID #: | | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/6/2015 | |
| For Period Ending: | 11/14/2017 | |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Green Bank |
| Checking Acct #: | ******6801 |
| Account Title: | CHK |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2016 | 1065 | Kelly Morris Benefield | #504 11/07/16 Payment to Tenant for security deposit, unreimbursed repairs and pro rated rent at the Jasmine Tree Property | 2990-000 | | $3,337.00 | $147,416.41 |
| 11/08/2016 | 1066 | Blake House | #504 11/07/16 Reimbursement of Security Deposit at the Bridge Falls Way Property | 2990-000 | | $1,500.00 | $145,916.41 |
| 11/23/2016 | 1067 | Wendy Cline | #511 11/22/16 Reimbursement of Expenses | 2990-000 | | $925.98 | $144,990.43 |
| 11/23/2016 | 1068 | United States Marshall Service | #511 11/22/16 | 2990-000 | | $3,680.00 | $141,310.43 |
| 11/30/2016 | | Nationstar Mortgage LLC | Returned Mortgage Funds | 2420-002 | | ($1,335.75) | $142,646.18 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $236.01 | $142,410.17 |
| 12/08/2016 | 1069 | Wauson Probus | #524 12/08/16 Attorney Fees and Expenses | * | | $51,406.17 | $91,004.00 |
| | | | | $(49,772.00) | 3210-000 | | $91,004.00 |
| | | | | $(1,634.17) | 3220-000 | | $91,004.00 |
| 12/20/2016 | | George Adams & Co. | Return Premium | 2420-002 | | ($670.97) | $91,674.97 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $232.45 | $91,442.52 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $156.02 | $91,286.50 |
| 02/09/2017 | 1070 | Munshi CPA, P.C. | #534 01/31/17 Accountant Fees & Expenses | * | | $4,134.00 | $87,152.50 |
| | | | | $(4,110.00) | 3410-000 | | $87,152.50 |
| | | | | $(24.00) | 3420-000 | | $87,152.50 |
| 05/12/2017 | 1071 | Ronald J. Sommers, Trustee | #552 05/10/17 Trustee Fees | 2100-000 | | $74,808.86 | $12,343.64 |
| 05/25/2017 | 1072 | Wauson Probus | #554 05/24/17 Attorney Fees and Expenses | * | | $7,718.40 | $4,625.24 |
| | | | | $(7,367.00) | 3210-000 | | $4,625.24 |
| | | | | $(351.40) | 3220-000 | | $4,625.24 |
| 07/06/2017 | 1073 | NOLA INVESTMENT LLC | Final Distribution on Claim #: ; Amount Claimed: 4,625.24; Amount Allowed: 4,625.24;  Claim #: ; | 8200-002 | | $4,625.24 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $150,753.41 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33668-H5-7 | | Trustee Name: | Ronald J. Sommers |
| --- | --- | --- | --- | --- |
| Case Name: | NOLA INVESTMENT LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 7/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 10/31/2017 | 1073 | STOP PAYMENT: NOLA INVESTMENT LLC | Stop Payment for Check# 1073 | 8200-004 | | ($4,625.24) | $4,625.24 |
| 10/31/2017 | 1074 | Clerk, US Bankruptcy Court | Unclaimed Funds | 8200-001 | | $4,625.24 | $0.00 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTALS: | | $492,376.89 | $492,376.89 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $492,376.89 | $492,376.89 | |
| | | | Less: Payments to debtors | | $0.00 | $4,625.24 | |
| | | | Net | | $492,376.89 | $487,751.65 | |

| **For the period of** 7/6/2015 **to** 11/14/2017 | | **For the entire history of the account between** 08/20/2015 **to** 11/14/2017 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $1,730,972.20 | Total Compensable Receipts: | $1,730,972.20 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,730,972.20 | Total Comp/Non Comp Receipts: | $1,730,972.20 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,726,346.96 | Total Compensable Disbursements: | $1,726,346.96 |
| Total Non-Compensable Disbursements: | $4,625.24 | Total Non-Compensable Disbursements: | $4,625.24 |
| Total Comp/Non Comp  Disbursements: | $1,730,972.20 | Total Comp/Non Comp  Disbursements: | $1,730,972.20 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 15-33668-H5-7 | |
| Case Name: | NOLA INVESTMENT LLC | |
| Primary Taxpayer ID #: | | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/6/2015 | |
| For Period Ending: | 11/14/2017 | |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Green Bank |
| Checking Acct #: | ******6801 |
| Account Title: | CHK |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $492,376.89 | $492,376.89 | $0.00 |

| For the period of 7/6/2015 to 11/14/2017 | | For the entire history of the case between 07/06/2015 to 11/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,730,972.20 | Total Compensable Receipts: | $1,730,972.20 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,730,972.20 | Total Comp/Non Comp Receipts: | $1,730,972.20 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,726,346.96 | Total Compensable Disbursements: | $1,726,346.96 |
| Total Non-Compensable Disbursements: | $4,625.24 | Total Non-Compensable Disbursements: | $4,625.24 |
| Total Comp/Non Comp Disbursements: | $1,730,972.20 | Total Comp/Non Comp Disbursements: | $1,730,972.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS